**IT IS SO ORDERED.**

Dated: December 06, 2010
      11:18:30 AM

_/s/ Kay Woods_
**Kay Woods
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-43166 |
| | ) | |
| DANIEL BECK | | |
| JEANNETTE M. BECK, | ) | Chapter 7 |
| | ) | |
|     Debtors. | ) | Judge KAY WOODS |
| | ) | |
| | ) | <u>ORDER GRANTING **AMENDED** MOTION OF US BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT</u> |
| | ) | <ADDRESS OF REAL PROPERTY: |
| | ) | 1181 E. 9TH STREET, SALEM, OH |
| | ) | 44460> |

This matter came before the Court on the **Amended** Motion for Relief from Stay and Abandonment (the "**Amended** Motion") filed by US Bank, N.A. ("Movant"). (Docket 13). Movant has alleged that good cause for granting the **Amended** Motion exists, and that Debtors, counsel for the Debtors, the Chapter 7 Trustee, and all other necessary parties were served with the **Amended** Motion, and with notice of the hearing date on the **Amended** Motion. No party filed a response or otherwise appeared in opposition to the **Amended** Motion, or all responses

have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the **Amended** Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property LOCATED AT 1181 E. 9TH STREET, SALEM, OH 44460.

# # #

SUBMITTED BY:

/s/ Erin M. Laurito
Erin M. Laurito (075531)
Laurito & Laurito, LLC
7550 Paragon Road
Dayton, OH 45459
937-743-4878
Attorney for Movant

MAILING LIST

Daniel L. Beck, debtor
1181 East 9th Street
Salem, OH 44460

Jeannette M. Beck, debtor
1181 East 9th Street
Salem, OH 44460

George A. Gbur
Attorney for Debtor
PO Box 2733
East Liverpool, OH 43920

Andrew W. Suhar, Trustee
29 East Front Street
PO Box 1497
Youngstown, OH 44501-1497

Office of the US Trustee
Howard Metzenbaum US Courthouse
201 Superior Avenue
Cleveland, OH 44114

US Bank National Association, ND
205 West 4th Street
Cincinnati, OH 45202

Erin M. Laurito
Attorney for Movant
7550 Paragon Road
Dayton, OH 45459